IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RYAN PFLIPSEN,              ) | |
|                             ) | |
|         Plaintiff,          ) | |
|                             ) | CIVIL ACTION |
| vs.                         ) | |
|                             ) | FILE No. 5:19-cv-01441-RBF |
| GS RESTAURANT, LLC, and SUMMIT ) | |
| INCOME PARTNERS, LP, and    ) | |
| JGB SUMMIT, LLC,            ) | |
|                             ) | |
|         Defendants.         ) | |

## VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANTS GS RESTAURANT, LLC, and SUMMIT INCOME PARTNERS, LP, and JBG SUMMIT, LLC

COME NOW the Plaintiff in the above-captioned case, pursuant to Federal Rule of Civil Procedure No. 41(a), by and through the undersigned lead trial attorney and files this Notice of Voluntary Dismissal with prejudice as to Defendants GS Restaurant, LLC, and Summit Income Partners, LP, and JGB SUMMT, LLC.

Respectfully submitted this 28th day of September, 2020.

*s/Dennis R. Kurz*
_____
Dennis R. Kurz
TX Bar No. 24068183

4355 Cobb Parkway, Suite J-285
Atlanta, GA 30339
(404) 805-2494 Phone
(770) 428-5356 Facsimile
dennis@kurzlawgroup.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing party in the foregoing matter with copies of the following pleadings by First Class US Mail as follows:

Michael DeNuccio, Esq.
CURNEY, FARMER, HOUSE, OSUNA & JACKSON, P.C.
411 Heimer Road
San Antonio, Texas 78232
mdenuccio@cfholaw.com
*Attorney for Defendant, GS Restaurant, LLC*

Yanice Colon-Pol, Esq.
MEADERS & ALFARO
Two Riverway, Suite 845
Houston, Texas 77056
yanice.colonpol@meaderslaw.com
*Attorney for Summit Income Partners, LP, and JGB Summit, LLC*

This 28th day of September, 2020.


s/Dennis R. Kurz
_____
Dennis R. Kurz
TX Bar No. 24068183

KURZ LAW GROUP, LLC
4355 Cobb Parkway, Suite J-285
Atlanta, GA 30339
(404) 805-2494 Phone
(770) 428-5356 Facsimile
dennis@kurzlawgroup.com